# UNITED STATES DISTRICT COURT
## District of Arizona

*ORIGINAL*

*In the Matter of the Search of:*
**SUBJECT PARCEL**: One USPS Priority Mail parcel bearing USPS tracking number 9505513944766029082221, addressed to "Richard Lopez, 440 Gorrion Ct, Rio Rico, AZ 85648," with a return address of "Anthony Lopez, 702 Burlwood St, Brandon, FL 33511." It is a brown cardboard box with a Priority Mail label; weighing approximately 1 pound and 4.6 ounces; postmarked January 29, 2026; and bearing $18.00 in postage.

**SEARCH WARRANT**

Case Number:   26-9003 MB

TO:  LAIZA IRIZARRY and any Authorized Officer of the United States
Affidavit having been made before me by Affiant, Laiza Irizarry, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL**: One USPS Priority Mail parcel bearing USPS tracking number 9505513944766029082221, addressed to "Richard Lopez, 440 Gorrion Ct, Rio Rico, AZ 85648," with a return address of "Anthony Lopez, 702 Burlwood St, Brandon, FL 33511." It is a brown cardboard box with a Priority Mail label; weighing approximately 1 pound and 4.6 ounces; postmarked January 29, 2026; and bearing $18.00 in postage

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1956(h) and TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b) and 846, AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above-described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___2/23/2026_____(Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

2/9/2026@2:12pm                                                     at        Phoenix, Arizona
_____                                              City and State
Date and Time Issued

HONORABLE EILEEN S. WILLETT
UNDERLINE STATES MAGISTRATE JUDGE                                   _EsWillett_____
Name and Title of Judicial Officer                                   Signature of Judicial Officer

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>26-9003 MB | Date and time warrant executed:<br>2/10/2026 10:17 am | Copy of warrant and inventory left with:<br>USPS |

Inventory made in the presence of :
  Postal Inspector Laiza Irizarry and Postal Inspector Andrew McClamrock

Inventory of the property taken and name of any person(s) seized:

9505 5139 4476 6029 0822 21:

- Brown cardboard box
- White paper
- Bubble wrap
- Paper towels
- Nutella box
- Approximately $10,000.00 in United States Currency

### Certification

  I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   02/11/2026

*Laiza Irizarry*
Digitally signed by Laiza Irizarry
Date: 2026.02.11 12:52:18 -07'00'

*Executing officer's signature*

Laiza Irizarry, Postal Inspector
*Printed name and title*